United States District Court
Southern District of Texas
**ENTERED**
June 16, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| CHASE YARBROUGH, *et al*, | § § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 3:20-CV-171 |
| | § | |
| ANTONIOS PAGOURTZIS, *et al*, | § § | |
| Defendants. | § § | |

## **ORDER**

Before the court is the plaintiffs' motion to stay motion-to-dismiss briefing (Dkt. 8) and a response in opposition (Dkt. 9). The court grants the motion. The plaintiffs have notified the court they intend to file a motion to remand by June 19, 2020. If that motion is denied, the plaintiffs have informed the court they intend to amend their complaint.

The court orders the plaintiffs to file an amended complaint within 14 days of the ruling on their motion to remand. At that point, the defendants may then either file an answer to the amended complaint or move to dismiss the amended complaint.

The court reserves the right to revisit this ruling—and entertain the motion to dismiss before deciding whether to remand—should the motion to remand prove "thorny." *See Sangha v. Navig8 ShipManagement Private Ltd.*, 882 F.3d 96, 100 (5th Cir. 2018).

SIGNED on Galveston Island on the 16th day of June, 2020.

$\underline{\qquad\qquad\textit{Jeff Brown}\qquad\qquad}$
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE