

A.M. "ANDY" LANDRY III
PARTNER
D: (713) 986-7124
ALANDRY@GRAYREED.COM

July 13, 2020

The Honorable Jeffrey Vincent Brown
United States District Judge

    Re:    Case No. 3:20-cv-171; *Chase Yarbrough, et al., v. Antonios Pagourtzis, et al.*; In the Southern District of Texas, Galveston Division

Dear Judge Brown,

On Friday, July 10, 2020, I filed a response in opposition to the plaintiffs' motion for remand. Doc. 18. Page 37 of the response included a typographical error in the sentence with the phrase "within the 30-day period to amend". The word "within" should have been "after" so that the phrase read "after the 30-day period to amend". My apologies for this oversight.

                        Respectfully,

                        A.M. "Andy" Landry III