## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

Chase Yarbrough, et al.

v.                                          Case Number: 3:20–cv–00171

Antonios Pagourtzis , et al.

---

### Notice of Setting

**A proceeding has been set in this case as set forth below.**

**BEFORE:**
**Judge Jeffrey V Brown**

**PLACE:**
by telephone
    Dial in Number: 409-763-7801
    Conference ID: 37801#
    Password: 13579#
United States Post Office and Courthouse
601 Rosenberg Street
Galveston, TX 77550


**DATE:** 10/15/2020

**TIME:** 10:30 AM

**TYPE OF PROCEEDING:** Motion Hearing

RE: Motion to Remand – #16

---

Date:    September 2, 2020                          David J. Bradley, Clerk